JS-6

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

8

9  | MAURICE W. BROWN, | Case No. EDCV 18-32 JGB (SHKx)

10 | Plaintiff, |

11

12 | v. | **JUDGMENT**

13 | NAVY FEDERAL CREDIT UNION, |

14 | Defendant. |

15
16

17  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18      Pursuant to the Order filed concurrently herewith, the Motion for Summary

19  Judgement by Defendant Navy Federal Credit Union is GRANTED in its entirety.

20  Plaintiff Maurice W. Brown's Complaint against this Defendant is DISMISSED.

21  Judgment is entered in favor of Defendant.

22

23    Dated: May 31, 2018

24                               _____

25                    THE HONORABLE JESUS G. BERNAL
                  United States District Judge

26
27
28